

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-19-00168-CV

**IN THE INTEREST OF Y.M.L., MINOR CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02836
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

  The clerk's record has not been filed in this appeal.  On March 22, 2019, the Bexar County District Clerk filed a notification of late record indicating that there is only one deputy district clerks for appeals at this time.  The district clerk requested additional time to prepare the clerk's record until April 3, 2019.

  The request for additional time to file the record is GRANTED.  The clerk's record is due on April 3, 2019.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court